IN THE UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES V. CRITES, et al., | : Case No. C-1-13-320 |
| Plaintiff, | : |
| | : Hon. Judge Herman J. Weber |
| -vs- | : |
| BANK OF AMERICA, N.A., et al. | |
| Defendants. | |

## JOINT PLAN FOR THE CONDUCT OF LITIGATION

Now come Plaintiffs James and Carolyn Crites ("the Crites"), Defendant Bank of America, N.A. ("Bank of America"), and Defendant J.M. Adjustment Services, LLC ("JMA")(collectively, "the Parties"), by counsel, and present the following as their *Joint Plan for the Conduct of Litigation*:

A. Compliance with 26(a)(1) and 26(f): The Parties have complied with 26(a)(1) and 26(f).

B. Discovery Limitations: The Parties do not anticipate specific limitations on discovery other than those provided by the Federal Rules of Civil Procedure.

C. Protective Orders: The Parties do not anticipate the need for protective orders at this time.

D. Consent to Magistrate Jurisdiction: The Parties do not agree to consent to magistrate jurisdiction.

E. Summary Adjudication Pursuant to Fed. R. Civ. P 12(b): The Parties agree to the deadlines provided by the Federal Rules of Civil Procedure.

F. Summary Adjudication Pursuant to Fed. R. Civ. P. 56: The Parties agree to the deadline for dispositive motions discussed below.

G. Jury Trial: The Crites have requested a jury trial on all claims.

H. Miscellaneous: The Parties agree that the suggestion of a complex case, RICO statement, remand, and removal are inapplicable or unnecessary in this matter.

## PROPOSED JOINT SCHEDULING ORDER

The Parties hereby propose the following deadlines:

| | |
|---|---|
| Initial Disclosure Deadline: | September 20, 2013 |
| Deadline for Joinder and Amendment of Pleadings: | December 20, 2013 |
| Expert Witness Disclosure (Primary): | April 21, 2014 |
| Expert Witness Disclosure (Rebuttal): | May 20, 2014 |
| Discovery Cut-off Date: | June 20, 2014 |
| Joint Status Report: | 15 days prior to discovery cut-off |
| Dispositive Motion Deadline: | July 25, 2014 |
| Joint Final Pre-trial Order: | 30 days prior to trial |
| Trial: | January 5, 2015 |

Respectfully Submitted,

/s/ Mark B. Lawson
Mark B. Lawson (0069689)
Brian Howe (0086517)
Steven Sharpe (0083408)
Attorneys for Plaintiffs
Legal Aid Society of Southwest Ohio, LLC
215 E. Ninth Street, Suite 500
Cincinnati, Ohio 45202
Phone: (513) 241-9400
Fax: (513) 241-1187
mlawson@lascinti.org
bhowe@lascinti.org
ssharpe@lascinti.org


/s/ Rose Marie L. Fiore
Rose Marie L. Fiore
Attorney for Bank of America, N.A.
MCGLINCHEY STAFFORD, PLLC
25550 Chagrin Blvd.
Beachwood, OH 44122
Phone: (216) 378-9905
Fax: (216) 378-9910
Email: rmfiore@mcglinchey.com


/s/ Catherine Jopling
Catherine Jopling
Attorney for J.M. Adjustment Services, L.L.C.
BARNES & THORNBURG, LLP
41 S. High Street, Suite 3300
Columbus, Ohio 43215-6104
Phone: (614) 628-0096
Fax: (614) 628-1433